DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CORY ANDERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2092

[April 1, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432015CF000053A.

Cory Anderson, Mayo, pro se.

Brooke Elvington, Dunedin, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY, and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***